UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>            Defendants. | No.  2:15-cv-1609 DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed August 10, 2015, the court dismissed plaintiff's initial complaint, but granted plaintiff leave to file an amended complaint within thirty days.  (ECF No. 4.)  On September 3, 2015, plaintiff filed a motion seeking a court order directing personnel at California Medical Facility to allow plaintiff to make copies necessary for the filing of his amended complaint.[1]  (ECF No. 8.)  On September 8, 2015, plaintiff filed an amended complaint with the court.  (ECF No. 9.)  The court will deem this amended complaint timely-filed, and, as it appears that plaintiff no longer requires a court order in order to file an amended complaint, deny the outstanding motion as having been rendered moot.

---

[1] In his order, plaintiff appeared concerned that, pursuant to Local Rule 130, plaintiff had to present his pleadings to the court on paper with numbered lines.  In light of the constraints under which California state prisons operate, the court does not enforce this requirement in prisoner civil rights and habeas cases.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint (ECF No. 9) is deemed timely-filed.
2. Plaintiff's motion for a court order requiring California Medical Facility to make copies is denied as moot.

Dated:  October 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
john1609.copies.deny

2