UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON, | No. 2:15-cv-1609 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. He has consented to the jurisdiction of a magistrate judge.

On June 2, 2017, the undersigned issued an order to show cause within fourteen days why this action should not be dismissed for plaintiff's failure to respond to a court order. (ECF No. 17.) Plaintiff was informed that his failure to respond to the order to show cause would result in the dismissal of this action. To date, plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

Dated: June 28, 2017

DLB7;
DB/Inbox/Routine/john1609.dism

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE